C

Restatement of the Law — Torts
Restatement (Second) of Torts
Current through March 2008

Copyright © 1977-2008 by the American Law Institute

Division 6A. Privacy
Chapter 28A. Invasion Of Privacy

§ **652C**. Appropriation Of Name Or Likeness

Link to Case Citations

**One who appropriates to his own use or benefit the name or likeness of another is subject to liability to the other for invasion of his privacy.**

**Comment:**

*a.* The interest protected by the rule stated in this Section is the interest of the individual in the exclusive use of his own identity, in so far as it is represented by his name or likeness, and in so far as the use may be of benefit to him or to others. Although the protection of his personal feelings against mental distress is an important factor leading to a recognition of the rule, the right created by it is in the nature of a property right, for the exercise of which an exclusive license may be given to a third person, which will entitle the licensee to maintain an action to protect it.

*b. How invaded.* The common form of invasion of privacy under the rule here stated is the appropriation and use of the plaintiff's name or likeness to advertise the defendant's business or product, or for some similar commercial purpose. Apart from statute, however, the rule stated is not limited to commercial appropriation. It applies also when the defendant makes use of the plaintiff's name or likeness for his own purposes and benefit, even though the use is not a commercial one, and even though the benefit sought to be obtained is not a pecuniary one. Statutes in some states have, however, limited the liability to commercial uses of the name or likeness.

**Illustrations:**

1. A is an actress, noted for her beautiful figure. B, seeking to advertise his bread, publishes in a newspaper a photograph of A, under the caption, "Keep That Sylph-Like Figure by Eating More of B's Rye and Whole Wheat Bread." B has invaded A's privacy.2. A is the President of the United States. B forms and operates a corporation, engaged in the business of insurance, under the name of A Insurance Company. This is an invasion of A's privacy.3. A, a private detective, seeking to obtain information as to the relations of B's wife with C, impersonates B, and so induces others to disclose to him confidential information that they would not otherwise have disclosed. A has invaded B's privacy.4. A, who has been B's mistress, poses as his common law wife, calling herself Mrs. B. A has invaded the privacy of B, and also of his wife, Mrs. B.5. Without the consent of A, B signs A's name to a telegram that he sends to the governor of the state, urging the governor to veto a bill that B finds objectionable. This is an invasion of A's privacy.6. Without the consent of A, B files suit in the name of A as plaintiff, seeking a judgment advantageous to B. This is an invasion of A's privacy.

Copyright © 1991 by The American Law Institute

EXHIBIT
tabbies
3

*c. Appropriation.* In order that there may be liability under the rule stated in this Section, the defendant must have appropriated to his own use or benefit the reputation, prestige, social or commercial standing, public interest or other values of the plaintiff's name or likeness. It is not enough that the defendant has adopted for himself a name that is the same as that of the plaintiff, so long as he does not pass himself off as the plaintiff or otherwise seek to obtain for himself the values or benefits of the plaintiff's name or identity. Unless there is such an appropriation, the defendant is free to call himself by any name he likes, whether there is only one person or a thousand others of the same name. Until the value of the name has in some way been appropriated, there is no tort.

**Illustrations:**

7. ABC is a noted millionaire philanthropist. Out of admiration for ABC, XYZ adopts the name of ABC, lists himself in the telephone book and the city directory under that name, informs all of his friends and associates that he wishes to be known by it in the future, and consistently makes use of it. This is not an invasion of the privacy of A.8. The same facts as in Illustration 9, with the addition that XYZ, representing himself to be ABC, registers under that name at an expensive summer resort hotel, where he stays for a month, incurring a large bill that he does not pay, on credit extended to him in the belief that he is ABC. This is an invasion of the privacy of ABC.

*d. Incidental use of name or likeness.* The value of the plaintiff's name is not appropriated by mere mention of it, or by reference to it in connection with legitimate mention of his public activities; nor is the value of his likeness appropriated when it is published for purposes other than taking advantage of his reputation, prestige, or other value associated with him, for purposes of publicity. No one has the right to object merely because his name or his appearance is brought before the public, since neither is in any way a private matter and both are open to public observation. It is only when the publicity is given for the purpose of appropriating to the defendant's benefit the commercial or other values associated with the name or the likeness that the right of privacy is invaded. The fact that the defendant is engaged in the business of publication, for example of a newspaper, out of which he makes or seeks to make a profit, is not enough to make the incidental publication a commercial use of the name or likeness. Thus a newspaper, although it is not a philanthropic institution, does not become liable under the rule stated in this Section to every person whose name or likeness it publishes.

**Illustrations:**

9. A writes and publishes an autobiography in which at several points, he names B as one of his friends. This is not an invasion of B's privacy.10. A makes and exhibits a motion picture, one scene of which shows a view from a city rooftop. Prominent in the foreground is a factory, with B's name on the side of it. This is not an invasion of B's privacy.

Case Citations

Reporter's Notes, Case Citations & Cross References Through December 1977

Case Citations 1978 — June 1987

Case Citations July 1987 — June 2001

Case Citations July 2001 — June 2007

Case Citations July 2007 — November 2007

Copyright © 1991 by The American Law Institute